IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AUBREY PORTEE, #Y49441,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 24-cv-00538-SMY |
| | ) |
| **MAY BEARY,** | ) |
| **JOHN DOES #1-4 (Saline County Jail** | ) |
| **Officers), and** | ) |
| **ADMINISTRATOR, SALINE CO. JAIL** | ) |
| **(Official Capacity),** | ) |
| | ) |
| **Defendants.** | ) |

## JOHN DOE IDENTIFICATION ORDER

**YANDLE, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. This Order reviews Plaintiff's filing fee status and sets forth the process and procedures for the identification and substitution of unidentified Defendant(s).

**Filing Fee**

Plaintiff was assessed an initial partial filing fee of **$11.80**. (Doc. 5). The Court notes that Plaintiff still owes **$11.80** towards payment of the initial partial filing fee. Plaintiff shall have until **October 30, 2024** to pay that sum in full or to demonstrate that he has no means to pay that amount. If Plaintiff attempts to show that he is without the means to pay the initial partial filing fee, he must include a statement of his prison trust fund account showing all transactions and balances for the entire period this case has been pending.

**Identification of Unknown Defendants**

Plaintiff is proceeding against John Doe Officers #1-4. (Doc. 13). The Saline County Jail Administrator, currently Brian Bennett, has been added as a Defendant in his official capacity for

1

the purpose of assisting with the identification of the John Doe Defendants. (Docs. 13, 16).

The exchange of information for the purpose of identifying the John Doe Defendants shall proceed according to the following schedule.

1. Plaintiff shall have until **September 20, 2024** to file a Notice with the Court, and provide to the Jail Administrator's attorney, any information he possesses which will help identify the John Doe Defendants, such as: physical description(s), gender, rank, partial name(s)/nickname(s), specific job assignment(s), shift times, and locations and dates where Plaintiff interacted with the John Does.

2. The Administrator shall have until **October 11, 2024** to file a Notice with the Court and provide Plaintiff the identity of the John Does. If the Administrator is unable to identify the John Does, he shall provide Plaintiff with any document or information, including photographs and videos, that may assist in the identification of the John Does[1] by the same deadline. The Administrator shall contemporaneously file an affidavit with the Court certifying the steps taken to identify each unknown Defendant based on the information provided or available to the Administrator.

3. Plaintiff shall have until **November 1, 2024** to file a motion to substitute specific Defendants for the John Does or, if the John Does remain unidentified, to file a motion specifying additional steps that can be taken to identify the John Does.

**Plaintiff's failure to comply with this Order and to identify the** John Doe Defendants **within the required timeframe will result in the dismissal of the** John Doe Defendants from the

---

[1] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided Plaintiff has executed the required release form.

action and may also result in dismissal of the case as a whole for failure to prosecute. *See* FED. R. CIV. P. 41(b).  **The Defendant Administrator's failure to comply with this Order in a good faith effort to identify the John Doe Defendants will result in the imposition of sanctions.**

**IT IS SO ORDERED.**

**DATED: 8/30/2024**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**
