IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AUBREY PORTEE, #Y49441,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 24-cv-00538 |
| ) | |
| **TYLER MAYBERRY, and** ) | |
| **ADMINISTRATOR, SALINE COUNTY** ) | |
| **JAIL (Official Capacity),** ) | |
| ) | |
| **Defendants.** ) | |

# MEMORANDUM AND ORDER

**DALY, District Judge:**

Plaintiff was ordered to pay his initial partial filing fee of $11.80 for this case by November 27, 2024 (Doc. 29). Although late, Plaintiff paid that sum and has avoided dismissal of this case (Doc. 37).

The Court now addresses Plaintiff's Motion for Extension of Time (Doc. 30) and his Motion to Substitute the John Doe Parties (Doc. 33).

On November 13, 2024, the Court dismissed the John Doe Saline County Jail Officers without prejudice after Plaintiff failed to file a motion to substitute by the November 1, 2024, deadline (Doc. 28). Plaintiff's motion for extension of time to substitute (Doc. 30) was e-filed on November 15, 2024. He claims the prison had been on lockdown and he was unable to access the law library, which had not been staffed. In the motion filed November 18, 2024, Plaintiff seeks to substitute two of the John Doe Officers, whom he identifies as Craig Gunning and Paula Williams (Doc. 33). Defendants have not objected to either motion.

In consideration of Plaintiff's representation that the law library was unavailable to him due to a lockdown, the Court **GRANTS** his motions (Docs. 30 and 33).

Accordingly, the Order dismissing the Doe Defendants (Doc. 28) is **VACATED IN PART** insofar as Craig Gunning and Paula Williams are **SUBSTITUTED** for John Does #1 and #2. The Clerk is **DIRECTED** to add **CRAIG GUNNING** and **PAULA WILLIAMS** (Saline County Jail Officers) as defendants, and to **SERVE** them with the Complaint (Doc. 1) in accordance with the Court's August 15, 2024, Order (Doc. 13).

**IT IS SO ORDERED.**

**DATED: January 2, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**