IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AUBREY PORTEE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 24-538-RJD |
| vs. | ) |
| | ) |
| **TYLER MAYBERRY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**DALY, Magistrate Judge:**[1]

Plaintiff Aubrey Portee, an inmate of the Illinois Department of Corrections ("IDOC") currently incarcerated at Menard Correctional Center, filed the instant lawsuit pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights while he was a prisoner at the Saline County Jail. Following the threshold review of the Complaint under 28 U.S.C. § 1915A(a), Plaintiff was allowed to proceed on the following claims:

 Count 1: Eighth Amendment or Fourteenth Amendment excessive force claim against Defendant Mayberry for physically assaulting Plaintiff on March 26, 2023, and against Defendant Gunning for failing to intervene to stop the excessive use of force.

 Count 2: Eighth Amendment or Fourteenth Amendment deliberate indifference to serious medical needs claim against Defendant Mayberry and against Defendants Gunning and Williams for denying Plaintiff access to medical care for the injuries inflicted by Defendant Mayberry.

(Doc. 13, pp. 2-5; Doc. 22).

On April 8, 2025, the Court entered its Initial Scheduling Order directing Plaintiff to

---

[1] This case has been assigned to the undersigned through the parties' consent to conduct all proceedings in this case, including trial and final entry of judgment pursuant to 28 U.S.C. Sec. 636(c) and Federal Rule of Civil Procedure 73. (Doc. 50).

provide Defendants with the names of persons with knowledge of the incidents and a short description of the subject of their knowledge and a statement of the injuries Plaintiff has suffered and the relief he seeks.  (Doc. 64, p. 2).  The court further advised Plaintiff that he had until July 8, 2025, to file a motion for leave to amend the complaint to include any additional claims or parties.  (Doc. 64, p. 3).

This matter now comes before the Court on Plaintiff's Motion (Doc. 66).  Plaintiff asks for the following: (a) Defendants' addresses to serve them with his initial disclosures ; (b) a copy of the original Complaint due to his transfer to a new facility; (c) information regarding the inmates (three men and three women) that Plaintiff alleges were chained with him on the day of the complained of incident; and (d) a list of the inmates that were housed with Plaintiff at the Saline County Jail.

**Plaintiff's Motion (Doc. 66) is GRANTED in part and DENIED in part.**  Plaintiff is advised that he may serve Defendants at the address of their counsel of record:

> Bhairav Radia
> IFMK Law, Ltd.
> 650 Dundee Road
> Suite 475
> Northbrook, IL 60062
> 847-291-0200
> Fax: 847-291-9230
> Email: bradia@ifmklaw.com

The Clerk of Court is **DIRECTED** to send Plaintiff a courtesy copy of the Complaint (Doc. 1).  If Plaintiff needs future copies, he must write the Clerk of Court and he must pay the fee of $0.50/page.

Plaintiff also seeks information regarding the inmates (three men and three women) that Plaintiff alleges were chained with him on the day of the complained of incident, as well as a list of the inmates that were housed with him at the Saline County Jail.  The Court clarifies that pursuant to the Initial Scheduling Order, discovery on the merits is stayed pending resolution of

the issue of exhaustion of administrative remedies. (Doc. 64, p. 5). To the extent Plaintiff asks for the names of other inmates so as to provide Defendants with the list of people with knowledge of the incidents alleged, he can comply with the Court's Initial Scheduling Order by providing descriptive information of those individuals as he does in his Motion. Plaintiff is not required to provide Defendants with information that is not in his "possession, custody, or control." *See* Fed. R. Civ. P. 26(a)(1)(A).

**IT IS SO ORDERED.**

**DATED: April 24, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**